162 A.3d 843

**IVANOV, Pavel S.**

**v.**

**STATE of Maryland**

**Pet. Docket No. 53, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2527, Sept. Term, 2015).

Petition for writ of certiorari denied

■

162 A.3d 843

**JAMES, Demarco G.**

**v.**

**STATE of Maryland**

**Pet. Docket No. 79, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 272, Sept. Term, 2015).

Petition for writ of certiorari denied